UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "D.H.",<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., formerly known as FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS INC.; FACEBOOK TECHNOLOGIES, LLC; AND INSTAGRAM, LLC; and SNAP, INC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:22-cv-04888<br><br>**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM** |

**ORDER**

THIS MATTER, having come before the Court on the Plaintiff's Motion to Proceed under Pseudonym; and the court having reviewed the following pleadings:

　　1.　Plaintiff's Motion to Proceed under Pseudonym;

　　2.　The Declarations of James R. Marsh;

The Court HEREBY GRANTS Plaintiff's motion.

　　**IT IS SO ORDERED.**

DATED: August 29, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Sallie Kim_
　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge